THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR05-0022-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WYLIE GAIL HUNTER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for withdrawal and substitution of counsel (Dkt. No. 26). Finding good cause, the Court ORDERS that the Office of the Federal Public Defender, and Assistant Federal Public Defender Vanessa Pai-Thompson, are permitted to withdraw as defense counsel in this matter, and attorney Richard Troberman shall be substituted as new counsel, appearing pro bono, for the Defendant. The Clerk is DIRECTED to mail a copy of this order to Richard Troberman.

DATED this 26th day of September 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk