UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WYLIE G. HUNTER,<br><br>Defendant. | CASE NO. CR05-0022-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion to seal (Dkt. No. 43) Exhibit 1 to Defendant's motion for early termination of supervised release (Dkt. No. 44).

"[T]here is a strong presumption of public access to [the Court's] files." W.D. Wash. Local Civ. R. 5(g)(3). To overcome this presumption, the party seeking to seal a judicial record bears the burden of articulating a compelling reason to seal, supported by specific factual findings, that outweighs the public's interest in disclosure. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006).

Defendant seeks to maintain under seal medical records that he alleges support his motion for early termination of supervised release. (Dkt. Nos. 43, 44.) Defendant's medical records contain personal information, the disclosure of which would be harmful. In contrast, the public has no compelling interest in the medical records. Therefore, Defendant's motion to seal (Dkt. No. 43) is GRANTED. The Clerk is DIRECTED to maintain Docket Number 44 under

1 | seal.
2 | DATED this 2nd day of January 2019.

*(signature)*

John C. Coughenour
UNITED STATES DISTRICT JUDGE